Case 5:96-cv-50074-TS-RSP   Document 38   Filed 03/31/2006   Page 1 of 4

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 3 1 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

RECEIVED
BY_____

APR 0 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * Court No. 96-50074 |
| TIMOTHY P. LOONEY | * |
| Judgment Defendant, | * |
| HOME 123 CORPORATION | * |
| Garnishee Defendant. | * |

## AGREED FINAL ORDER IN GARNISHMENT

The parties, The United States of America, the judgment defendant, Timothy P. Looney, and the garnishee defendant, Home 123 Corporation, agree and stipulate as follow:

1. The judgment defendant's name is Timothy P. Looney, Social Security Number 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 and her/his last known address is: 8949 Stratford Drive, North Richland Hills, TX 76180.

2. A Judgment was entered against the judgment defendant, Timothy P. Looney in this action in the amount of $1,048,329.56. The total balance due on the Judgment is $942,874.47, as of November 28, 2005.

3. The garnishee defendant, Home 123 Corporation has in its possession, custody or control property of the judgment defendant in the form of wages paid to the judgment defendant, Timothy P. Looney.

4. The judgment defendant, Timothy P. Looney waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her/his right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee defendant, Home 123 Corporation waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205 and further waives it rights to answer and be heard in this matter and any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The judgment defendant, Timothy P. Looney agrees and stipulates that her/his wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Timothy P. Looney. It is expressly agreed and stipulated to by the parties that the garnishee defendant, Home 123 Corporation shall pay into the hands of the United States Attorney, at least monthly, the **lesser** of:

1. Twenty-five percent (25%) of judgment defendant's disposable earnings; or
2. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a)

To calculate disposable earnings, subtract the following from wages, commissions, and income:
1. Federal Income Tax;
2. Federal Social Security Tax;
3. State Income Tax;
4. Such other tax or withholding as mandated by law or employer.

8.  The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of 25% of income, upon which there is an unpaid balance of $942,874.47 as of November 28, 2005. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to:

U.S. DEPARTMENT OF JUSTICE

and mailed to:

Office of the United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101-3068

9.  This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

By:  _____
JOHN A. BROADWELL
Assistant United States Attorney

_____
Timothy P. Looney
Judgment Defendant

_____
Home 123 Corporation
Garnishee

DEC 22 2005

APPROVED AND SO ORDERED this ___ day of April, 2006.

_____
Judge, United States District Court

Date: _____
Copies to:

John A. Broadwell
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068

Timothy P. Looney, Judgment Defendant

Home 123 Corporation, Garnishee Defendant

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4 7 06
BY ___